**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6995**

TERRY A. RIGGLEMAN,

      Plaintiff - Appellant,

    v.

CHADWICK DOTSON, In his individual and official capacities; MARK AMONETTE, In his individual and official capacities; KYLE SMITH, In his individual and official capacities,

      Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Norman K. Moon, Senior District Judge.  (7:22-cv-00018-NKM-JCH)

Submitted:  April 10, 2025                                    Decided:  April 15, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry A. Riggleman, Appellant Pro Se.  Elizabeth Martin Muldowney, SANDS ANDERSON, PC, Richmond, Virginia; Grace Morse-McNelis, FRITH, ANDERSON & PEAKE, PC, Glen Allen, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry A. Riggleman appeals the district court's orders granting Defendants' motions for summary judgment and to dismiss Riggleman's 42 U.S.C. § 1983 complaint alleging deliberate indifference to his serious medical needs. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. *Riggleman v. Smith*, 7:22-cv-00018-NKM-JCH (W.D. Va. Mar. 14, 2023; filed Sept. 3, 2024 & entered Sept. 4, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*